## MEMORANDUM DECISIONS

BRICTSON MFG. CO. v. WOODROUGH. (Circuit Court of Appeals, Eighth Circuit. February 8, 1923.) No. 227. Petition for Mandamus to the District Court of the United States for the District of Nebraska. M. E. Culhane, of Minneapolis, Minn., and Frank L. Weaver and William M. Giller, both of Omaha, Neb., for petitioner. David A. Fitch, of Omaha, Neb., for respondent.

PER CURIAM. Writ of mandamus granted, etc., on motion of petitioner. See, also (C. C. A.) 284 Fed. 484.

BROOKS v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 21, 1923.) No. 3522. In Error to the District Court of the United States for the District of Arizona. Criminal prosecution by the United States against James L. Brooks. Judgment of conviction, and defendant brings error. Reversed.

PER CURIAM. Upon the answer of the Supreme Court (43 Sup. Ct. 197, 67 L. Ed. ——) to the questions certified to it by this court in the above-entitled cause, it is ordered that the judgment of the court below be and is hereby reversed, and the cause remanded, with instructions to discharge the plaintiff in error.

COTY v. WEISBART, and six other cases. (Circuit Court of Appeals, Second Circuit. April 3, 1923.) Nos. 264–270. Appeals from the District Court of the United States for the Southern District of New York. Separate suits in equity by Francois Joseph De Spoturno Coty against Paul Weisbart, trading as the Perfume Importing Company, against the Magnum Import Company, Inc., against Peter Meyer, trading as the Elvin Import Company, against Ivory Novelties Trading Company, Inc., against Arthur Baum and another, trading as the Beatex Company, and against Max L. Cohn, trading as the Maclen Import Company, and by Houbigant, Inc., against the Magnum Import Company, Inc. From orders granting temporary injunctions against infringement of trade-mark, defendant in each suit appeals. Affirmed. See, also, 285 Fed. 501. Reiss & Reiss, of New York City (Charles H. Tuttle and Isaac Reiss, both of New York City, of counsel), for appellants. Asher Blum, George S. Hornblower, and Hugo Mock, all of New York City, for appellees. Before ROGERS, MANTON and MAYER, Circuit Judges.

PER CURIAM. Orders affirmed in open court.

DAVIS, Director General of Railroads, v. KEENAN. (Circuit Court of Appeals, Second Circuit. April 16, 1923.) No. 229. In Error to the District Court of the United States for the Southern District of New York. Action at law by Joseph Keenan, as administrator of the goods, etc., of Robert Keenan, deceased, against James C. Davis, Director General of Railroads as Agent under Transportation Act of 1920, § 206. Judgment for plaintiff, and defendant brings error. Affirmed. Alexander & Green, of New York City (Clifton P. Williamson, H. S. Ogden, and Edward W. Bourne, all of New York City, of counsel), for plaintiff in error. Edward J. McCrossin, of New York City, for defendant in error. Before ROGERS, MANTON and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.